# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **BOBBY JOE CROOM,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **GRADY PERRY,** | CASE NO: 16-1053-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion For Status and Instructions, Denying §2254 Petition, Denying Certificate of Appealability and Denying Leave To Appeal In Forma Pauperis entered on November 27, 2018, the petition is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/27/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk